JON M. SANDS
Federal Public Defender
**JAY A. MARBLE**
Assistant Federal Public Defender
State Bar No. 021202
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
*jay_marble@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Dianitza Isabel Duarte,<br><br>　　　　Defendant. | CR20-02388-02-TUC-RM<br><br>**SENTENCING MEMORANDUM**<br><br>**Sentencing:　April 13, 2022** |

Defendant, Dianitza Isabel Duarte, through counsel, hereby submits this memorandum for her sentencing on April 13, 2022.

RESPECTFULLY SUBMITTED:　　　April 11, 2022.

　　　　　　　　　　　　　　　　JON M. SANDS
　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　 *s/Jay A. Marble*
　　　　　　　　　　　　　　　　JAY A. MARBLE
　　　　　　　　　　　　　　　　Assistant Federal Public Defender

Copy delivered this date to:

Patrick Barry
Assistant United States Attorney

Willow Stokes
United States Probation Officer

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. Client's Circumstances under 18 U.S.C. § 3553(a)

Ms. Duarte is only 19 years old. She was just 18 years old when this offense was committed. She has endured an incredible amount of trauma in her young life, and she asks the Court for leniency.

Ms. Duarte did not grow up in a stable environment. As a child she was taken from the home due to neglect. She was raised by her maternal grandmother, but there were also substantial issues of abuse in that household. *See* PSR ¶37. She also ran away from home on several occasions, and she endured more abuse while away from home. PSR ¶38.

The years of abuse and neglect have caused Ms. Duarte to have several emotional issues. PSR ¶¶46, 47. Since she has been under the supervision of pretrial services, Ms. Duarte has followed through with her treatment and mental health. She is still very young, so it has been a positive experience for Ms. Duarte to receive counseling and learn life skills that she can use throughout her life.

Ms. Duarte was accepted into the ICAN program, but she would have needed to enter a plea agreement to the original charges. After a more favorable plea offer was made, it was determined that Ms. Duarte would not be eligible for the ICAN program. Ms. Duarte would benefit from added resources and additional structure.

II. **Success on Pretrial Release**

Ms. Duarte has been under the supervision of pretrial services for approximately 1 ½ years. She was released on November 2, 2020 to a residential treatment center. With the excellent work of her pretrial services officer, Ms. Duarte has responded well to treatment and supervision.

Ms. Duarte believes that she can succeed on continued supervision. She is currently finishing her high school and working. She has established a stable living situation, and she is willing to follow a structured program.

**CONCLUSION**

Ms. Duarte asks the Court for the opportunity of continued supervision on probation. Ms. Duarte has worked hard during her pretrial supervision to better herself. She has completed treatment and continued to work on her issues. She has found a stable residence and employment. She is working to obtain her high school degree. During this difficult time, Ms. Duarte has also re-connected with her mother.

Ms. Duarte was not making good decisions when then case occurred. She was struggling with sobriety and influenced to participate in this offense to further her use. If given the opportunity of supervision, Ms. Duarte will demonstrate that she can live in the community and be a productive member of society. She is still very young, and she will work hard to be successful.

| | |
|---|---|
| RESPECTFULLY SUBMITTED: | April 11, 2022. |
| | JON M. SANDS<br>Federal Public Defender<br> *s/ Jay A. Marble* <br>JAY A. MARBLE<br>Assistant Federal Public Defender |

Copy delivered electronically this date to:

Patrick Barry
Assistant United States Attorney

Willow Stokes
United States Probation Officer