# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Dianitza Isabel Duarte,<br><br>            Defendant. | No. CR-20-02388-002-TUC-RM (LCK)<br>**WAIVER AND ORDER**<br>**Modification of Probation Conditions** |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☒ any modification of my conditions of probation. 18 U.S.C. §3563(c).

☐ any modification of my conditions of supervised release. 18 U.S.C. §3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

11. You must participate in the Location Monitoring Program for a period of 60 days utilizing the probation officer's discretion and should abide by all technology requirements. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental

health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the officer. You must follow all the program rules and pay all or part of the costs of participation in the location monitoring program as directed by the Court and/or officer.

_____  7/22/22
Dianitza Isabel Duarte                Date
Defendant

_____  7/22/22
Tara M. Barton                        Date
Senior U.S. Probation Officer

ORDER OF COURT

Considered and ordered this 11th day of August, 2022 and ordered filed and made a part of the records in the above case.

_____
The Honorable Rosemary Márquez
U.S. District Judge