1  JON M. SANDS
   Federal Public Defender
2  **JAY A. MARBLE**
   Assistant Federal Public Defender
3  State Bar No. 021202
   407 W. Congress, Suite 501
4  Tucson, AZ 85701-1355
   Telephone: (520)879-7500
5  *jay_marble@fd.org*
   Attorney for Defendant
6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR20-02388-002-TUC-RM |
|---|---|
| Plaintiff, | **DISPOSITION MEMORANDUM** |
| vs. | Disposition: February 1, 2024 |
| Dianitza Isabel Duarte, | |
| Defendant. | |

Defendant, Dianitza Duarte, through counsel, hereby submits this memorandum for her disposition on February 1, 2024.

RESPECTFULLY SUBMITTED:   January 22, 2024.

JON M. SANDS
Federal Public Defender

 *s/Jay A. Marble*
JAY A. MARBLE
Assistant Federal Public Defender

Copy delivered this date to:

Patrick Barry
Assistant United States Attorney

Aniza Davis-Richardson
United States Probation Officer

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. Client's Circumstances under 18 U.S.C. § 3553(a)

Dianitza Duarte is just 21 years old. When this offense was committed in 2020, she was only 18 years old.

The case was resolved during the covid-19 pandemic, and Ms. Duarte was on pretrial release for an extended period of time. During her supervision, she made successful changes and complied with her conditions.

After being sentenced, Ms. Duarte has relapsed and encountered additional problems. She is currently facing disposition for violating her conditions by using a controlled substance.

Since her transition to probation supervision, Ms. Duarte has struggled with her conditions, and it has been difficult for her to be supervised. She has been making poor decisions and associated with the wrong people. She knows that these decisions have contributed to her problems.

## **CONCLUSION**

Ms. Duarte respectfully requests the Court to impose the probation department's recommendation of 9 months of jail with no additional time of supervision to follow. While Ms. Duarte did make positive changes while on pretrial release, she has not followed through with her current conditions of supervision. Continued supervision does not appear to be appropriate under all of the circumstances of her case.

RESPECTFULLY SUBMITTED:   January 22, 2024.

JON M. SANDS
Federal Public Defender
 *s/ Jay A. Marble*
JAY A. MARBLE
Assistant Federal Public Defender

Copy delivered electronically this date to:

Patrick Barry
Assistant United States Attorney

Aniza Davis-Richardson
United States Probation Officer