| | |
|---|---|
| United States of America<br><br>v.<br><br>Dianitza Isabel Duarte | CR-20-02388-002-TUC-RM (LCK)<br><br>**JUDGMENT AND COMMITMENT REVOCATION OF PROBATION**<br><br>Jay Aaron Marble (AFPD)<br>Attorney for Defendant |

USM#: 12304-509

On April 13, 2022, the defendant, present with counsel, appeared for sentencing for violating 18 U.S.C. §4: Misprision of a Felony, a Class E felony offense, as charged in the Information.

The defendant was placed on probation for a term of forty-eight (48) months.

On October 31, 2023, the United States Probation Office filed a petition to revoke the term of probation.

On December 14, 2023, the defendant appeared with counsel and admitted to the allegation, A, as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED REVOKING** the term of probation imposed on April 13, 2022.

**IT IS FURTHER ORDERED** the defendant be committed to the custody of the Bureau of Prisons for a term of **EIGHT (8) MONTHS** with credit for time served and no term of supervised release to follow.

**THE DEFENDANT IS ADVISED OF THE RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court affirms any previous Order imposing special assessment, fine, or restitution in this case.

The Court **ORDERS** commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **January 31, 2024**

Dated this 31st day of January, 2024.

_____
Honorable Rosemary Márquez
United States District Judge